UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELE GRANTADAM | CIVIL ACTION |
| VERSUS | NO: 23-516 |
| USAA GENERAL INDEMNITY COMPANY, et al | SECTION: "G" |

### ORDER

This litigation arises from an insurance coverage dispute related to Hurricane Ida. The Complaint was filed on February 9, 2023.[1] On August 23, 2024, an order instructing the parties to file a status report on or before September 6, 2024, was issued.[2] A status report was not filed.

Consequently, on September 24, 2024, an order to show cause was issued directing the plaintiff to show cause on or before October 11, 2024, to report the status of the case or show cause as to why this matter should not be dismissed for Plaintiff's failure to prosecute.[3] The order further cautioned that failure to comply may result in dismissal without further notice.

As to date, Plaintiff has failed to comply with the Court's show cause order.

Accordingly,

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana this  19th  day of December, 2024.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 14.
[3] Rec. Doc. 15.